IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| KIMBALL A. RASH, as Trustee of the Kimball A. and Theresa A. Living Trust and KIMBALL A. RASH, individually, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | Case No.: 2:23-CV-00043 ) ) |
| DHM ENTERPRISES, INC., MARDEN LLC., DENNIS E. WILBERT, and MARY J. WILBERT, | ) ) ) ) |
| Defendants. | ) |

**AGREED ORDER OF DISMISSAL**

It appears to this Honorable Court, as evidenced by the signatures of counsel below, that the Plaintiffs, KIMBALL A. RASH, as Trustee of the Kimball A. and Theresa A. Rash Living Trust and KIMBALL A. RASH, individually and Defendants, DHM ENTERPRISES, INC., MARDEN LLC, DENNIS E. WILBERT, AND MARY J. WILBERT, have agreed to dismiss all claims in this case and that Plaintiffs intend that Defendants be discharged from any further liability to them.

The causes of action asserted against DHM Enterprises, Inc., Marden LLC, Dennis E. Wilbert, and Mary J. Wilbert, by the Plaintiffs in their Complaint, are hereby **DISMISSED WITH PREJUDICE**. Discretionary costs shall be the responsibility of the party that incurred them. Court costs shall be paid by Plaintiffs. The Clerk is directed to close the file. Any pending motion is **DENIED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

**TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC**

/s/ L. Gino Marchetti, Jr.
L. Gino Marchetti, Jr. (BPR #005562)
Charles Michels (BPR #031232)
2908 Poston Avenue
Nashville, TN 37208
615-320-3225
gmarchetti@tpmblaw.com
cmichels@tpmblaw.com
*Attorney for Plaintiffs*

**LAW OFFICE OF WILLIAM D. BIRDWELL**

/s/ William D. Birdwell *with permission*
William D. Birdwell (BPR #017257)
457 East Broad Street
Cookeville, TN 38501
931-520-3772
william@wdbirdwell.com
*Attorney for Defendants*